Case: 3:15-cr-02330-JAH   As of: 03/24/2017 03:20 PM PDT   1 of 5
Case 1:17-cr-00063-DAD   Document 3   Filed 03/24/17   Page 1 of 9
CLOSED,PROBATION TRANSFER

# U.S. District Court
## Southern District of California (San Diego)
### CRIMINAL DOCKET FOR CASE #: 3:15−cr−02330−JAH−1

Case title: USA v. Ramirez et al
Magistrate judge case number: 3:15−mj−02470−KSC

Date Filed: 09/10/2015
Date Terminated: 01/10/2017

Assigned to: Judge John A. Houston

**Defendant (1)**

| | |
|---|---|
| **Maria Esmeralda Ramirez**<br>*TERMINATED: 01/10/2017* | represented by **Federal Defenders**<br>Federal Defenders of San Diego<br>225 Broadway<br>Suite 900<br>San Diego, CA 92101−5008<br>(619)234−8467<br>Fax: (619)687−2666<br>Email: cassd_ecf@fd.org<br>*TERMINATED: 08/19/2015*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment<br><br>**Whitney Z. Bernstein**<br>Federal Defenders of San Diego, Inc.<br>255 Broadway<br>Suite 900<br>San Diego, CA 92101<br>619−234−8467<br>Fax: 619−687−2666<br>Email: whitney_bernstein@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:952 and 960; 18:2 – Importation of Methamphetamine; Aiding and Abetting<br>(1) | Defendant is placed on Probation for five years with conditions. No fine. $100.00 penalty assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:952 and 960 – Importation of a Controlled Substance (Felony) | |

**Plaintiff**

| **USA** | represented by | **U S Attorney CR** <br> U S Attorneys Office Southern District of California <br> Criminal Division <br> 880 Front Street <br> Room 6293 <br> San Diego, CA 92101 <br> (619)557–5610 <br> Fax: (619)557–5917 <br> Email: Efile.dkt.gc2@usdoj.gov <br> *TERMINATED: 10/07/2015* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant United States Attorney* <br><br> **Jarad E. Hodes** <br> United States Attorney's Office <br> 880 Front Street <br> Room 6293 <br> San Diego, CA 92101–8893 <br> (619) 546–7432 <br> Fax: (619) 546–0510 <br> Email: jarad.hodes@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant United States Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2015 | | Arrest of Maria Esmeralda Ramirez, Angela Cerda–Rodriguez (no document attached) (yeb) [3:15–mj–02470–KSC] (Entered: 08/17/2015) |
| 08/17/2015 | 1 | COMPLAINT as to Maria Esmeralda Ramirez, Angela Cerda–Rodriguez. (Attachments: # 1 Information Sheet)(yeb) [3:15–mj–02470–KSC] (Entered: 08/17/2015) |
| 08/17/2015 | 2 | Set/Reset Duty Hearings as to Maria Esmeralda Ramirez, Angela Cerda–Rodriguez: Initial Appearance set for 8/17/2015 before Magistrate Judge Karen S. Crawford. (no document attached) (cge) [3:15–mj–02470–KSC] (Entered: 08/17/2015) |
| 08/17/2015 | 3 | Minute Entry for proceedings held before Magistrate Judge Karen S. Crawford: Status Hearing re I/A as to Maria Esmeralda Ramirez, Angela Cerda–Rodriguez held on 8/17/2015, Set/Reset Duty Hearings as to Maria Esmeralda Ramirez, Angela Cerda–Rodriguez. Initial Appearance continued to 8/18/2018 at 2:00 PM before Magistrate Judge Karen S. Crawford. (CD# 8/17/2015 16:01–16:01). (Plaintiff Attorney Alicio Williams, AUSA). (Defendant Attorney Sandra Hourani, FD). (no document attached) (tkl)[3:15–mj–02470–KSC] (Entered: 08/18/2015) |
| 08/18/2015 | 4 | Minute Entry for proceedings held before Magistrate Judge Karen S. Crawford: Initial Appearance as to Maria Esmeralda Ramirez and Angela Cerda–Rodriguez held on 8/18/2015. Federal Defenders appointed for Maria Esmeralda Ramirez. Attorney Kenneth Robert McMullan (n/a) appointed for Angela Cerda–Rodriguez. Bond set as to Maria Esmeralda Ramirez (1) No Bail. Bond set as Angela Cerda–Rodriguez (2) No Bail. Detention Hearing (flight) set for 8/21/2015 10:00 AM before Magistrate Judge Karen S. Crawford. Preliminary Hearing set for 09/01/2015 at 9:30 AM before |

| | | |
|---|---|---|
| | | Magistrate Judge Karen S. Crawford. Arraignment set for 09/10/2015 at 9:30 AM before Magistrate Judge Karen S. Crawford. (Interpreter Daniel Novoa). (CD# 8/18/2015 KSC 15:14:25–14:31). (Plaintiff Attorney Alicia Williams, AUSA). (Defendant Attorney Whitney Bernstein, FD–S/A). (no document attached) (lao) [3:15–mj–02470–KSC] (Entered: 08/18/2015) |
| 08/18/2015 | 5 | Oral MOTION to Detain (flight) by USA as to Maria Esmeralda Ramirez. (no document attached) (lao) [3:15–mj–02470–KSC] (Entered: 08/18/2015) |
| 08/18/2015 | 7 | ***English. No Interpreter needed as to Maria Esmeralda Ramirez (no document attached) (lao) [3:15–mj–02470–KSC] (Entered: 08/18/2015) |
| 08/18/2015 | 9 | CJA 23 Financial Affidavit by Maria Esmeralda Ramirez (tkl) [3:15–mj–02470–KSC] (Entered: 08/19/2015) |
| 08/19/2015 | 11 | NOTICE OF ATTORNEY APPEARANCE Jarad E. Hodes appearing for USA. (Hodes, Jarad)Attorney Jarad E. Hodes added to party USA(pty:pla) (fth). [3:15–mj–02470–KSC] (Entered: 08/19/2015) |
| 08/19/2015 | 12 | NOTICE OF ATTORNEY APPEARANCE: Whitney Z Bernstein appearing for Maria Esmeralda Ramirez (Bernstein, Whitney)Attorney Whitney Z Bernstein added to party Maria Esmeralda Ramirez(pty:dft) (fth). [3:15–mj–02470–KSC] (Entered: 08/19/2015) |
| 08/19/2015 | 13 | Notice of Assertion of Rights by Maria Esmeralda Ramirez (Bernstein, Whitney) (fth). [3:15–mj–02470–KSC] (Entered: 08/19/2015) |
| 08/21/2015 | 15 | Minute Entry for proceedings held before Magistrate Judge Karen S. Crawford:Detention Hearing as to Maria Esmeralda Ramirez (1) held on 8/21/2015. USA oral motion for detention based on risk of flight is denied. Bond set as to Maria Esmeralda Ramirez (1) $20,000 P/S secured by 1 FRA. Upon the oral request of defense counsel, Preliminary Hearing continued to the Arraignment date of 9/10/2015 at 09:30 AM in Courtroom 1C before Magistrate Judge Karen S. Crawford. (CD# 8/21/2015 KSC 10:39–10:47). (Plaintiff Attorney Alicia Williams, AUSA). (Defendant Attorney Whitney Bernstein, FD). (PTSO Kim Hazard).(no document attached) (jer) [3:15–mj–02470–KSC] (Entered: 08/21/2015) |
| 08/21/2015 | 16 | ORDER Setting Conditions of Release. Bond set for Maria Esmeralda Ramirez (1) $20,000 P/S.. Signed by Magistrate Judge Karen S. Crawford on 8/21/2015. (fth) [3:15–mj–02470–KSC] (Entered: 08/21/2015) |
| 08/25/2015 | 18 | PS Bond Filed as to Maria Esmeralda Ramirez in amount of $ 20,000, Signed by Magistrate Judge Karen S. Crawford on 8/25/2015. (Document applicable to USA, Maria Esmeralda Ramirez.) (acc) [3:15–mj–02470–KSC] (Entered: 08/25/2015) |
| 08/25/2015 | 19 | ABSTRACT OF ORDER Releasing Maria Esmeralda Ramirez re 18 Bond. (acc) [3:15–mj–02470–KSC] (Entered: 08/25/2015) |
| 09/10/2015 | 20 | INFORMATION as to Maria Esmeralda Ramirez (1) count(s) 1, Angela Cerda–Rodriguez (2) count(s) 1. (yeb) (Entered: 09/11/2015) |
| 09/10/2015 | 21 | WAIVER OF INDICTMENT by Maria Esmeralda Ramirez (yeb) (Entered: 09/11/2015) |
| 09/10/2015 | 23 | Minute Entry for proceedings held before Magistrate Judge Karen S. Crawford:Arraignment on Information as to Maria Esmeralda Ramirez (1) Count 1 and Angela Cerda–Rodriguez (2) Count 1 held on 9/10/2015. Defendant Maria Esmeralda Ramirez (1) present on bond. Not Guilty plea entered as to Maria Esmeralda Ramirez (1) Count 1 and Angela Cerda–Rodriguez (2). Information's and Waivers filed. Motion Hearing/Trial Setting set for 10/13/2015 10:30 AM before Judge John A. Houston. (Interpreter Juan Davila–Santiago). (CD# 9/10/2015 KSC 15:10:10–10:18). (Plaintiff Attorney Adriana Ahumada, AUSA). (Defendant Attorney Whitney Bernstein FD; Kenneth R. McMullen, CJA). (no document attached) (yeb) (Entered: 09/11/2015) |
| 09/10/2015 | 24 | ***Spanish Interpreter needed as to Maria Esmeralda Ramirez (no document attached) (yeb) (Entered: 09/11/2015) |

| | | |
|---|---|---|
| 09/18/2015 | 27 | NOTICE OF ATTORNEY APPEARANCE Jarad E. Hodes appearing for USA. (Hodes, Jarad)Attorney Jarad E. Hodes added to party USA(pty:pla) (jpp). (Entered: 09/18/2015) |
| 09/29/2015 | 28 | NOTICE OF CHANGE OF HEARING as to Defendants Maria Esmeralda Ramirez, Angela Cerda−Rodriguez. ON the Court's motion, the Motion Hearing set for 10/13/15 is vacated and reset to 10/9/2015 10:30 AM in Courtroom 13B before Judge John A. Houston. (no document attached) (lwm) (Entered: 09/29/2015) |
| 10/05/2015 | 29 | NOTICE OF CHANGE OF HEARING as to Defendant Maria Esmeralda Ramirez. Motion Hearing is reset to 11/9/2015 10:30 AM in Courtroom 13B before Judge John A. Houston. Defendant shall file an acknowledgment of the next court date by 10/13/15.(no document attached) (lwm) (Entered: 10/05/2015) |
| 10/06/2015 | 30 | Acknowledgment of next court date by defendant Maria Esmeralda Ramirez to appear on November 9, 2015. (Bernstein, Whitney) (jpp). (Entered: 10/06/2015) |
| 10/07/2015 | 32 | NOTICE OF HEARING as to Defendant Maria Esmeralda Ramirez. Change of Plea Hearing set for 10/13/2015 09:30 AM before Magistrate Judge Karen S. Crawford. (no document attached) (aje) (Entered: 10/07/2015) |
| 10/13/2015 | 34 | Minute Entry for proceedings held before Magistrate Judge Karen S. Crawford: Change of Plea Hearing as to Maria Esmeralda Ramirez (1) held on 10/13/2015. Defendant present on bond. Guilty plea tendered by Maria Esmeralda Ramirez to Count 1 of the Information. PSR Ordered. Objections to Magistrate Judge Karen S. Crawford's Findings and Recommendations are due within 14 days. Sentence With PSR set for 1/11/2016 at 08:30 AM in Courtroom 13B before Judge John A. Houston. All other court dates as to this defendant only are vacated. Court deems time excludable under the Speedy Trial Act between today's date and the date of sentencing before Judge John A. Houston, 10/13/15−1/11/16. (Interpreter Deborah Berry). (CD# 10/13/2015 KSC 9:33−9:34; 9:35−9:52). (Plaintiff Attorney Kathleen O'Hara, AUSA). (Defendant Attorney Whitney Bernstein, FD). (no document attached) (jer) (Entered: 10/13/2015) |
| 10/13/2015 | 35 | CONSENT TO RULE 11 PLEA before Magistrate Judge Karen S. Crawford by Maria Esmeralda Ramirez. (jpp) (Entered: 10/13/2015) |
| 10/13/2015 | 36 | PLEA AGREEMENT as to Maria Esmeralda Ramirez (jpp) (Entered: 10/13/2015) |
| 10/13/2015 | 37 | FINDINGS AND RECOMMENDATION of the Magistrate Judge upon a Tendered Plea of Guilty as to Maria Esmeralda Ramirez: Recommending that the district judge accept the defendant's plea of guilty.. Signed by Magistrate Judge Karen S. Crawford on 10/13/2015. (jpp) (Entered: 10/13/2015) |
| 11/19/2015 | 38 | ORDER ACCEPTING GUILTY PLEA as to count(s) 1 of the Information, as to Maria Esmeralda Ramirez, adopting 37 Findings and Recommendation,. Signed by Judge John A. Houston on 11/19/2015. (jpp) (Entered: 11/19/2015) |
| 12/07/2015 | 39 | PRE−SENTENCE REPORT as to Maria Esmeralda Ramirez. Report prepared by: Carlos De La Toba. (Document applicable to USA, Maria Esmeralda Ramirez.) (Castillo−Ramos, M.) (jpp). (Entered: 12/07/2015) |
| 12/22/2015 | 40 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Maria Esmeralda Ramirez (Bernstein, Whitney) (jpp). (Entered: 12/22/2015) |
| 12/23/2015 | 41 | NOTICE OF CHANGE OF HEARING as to Defendant Maria Esmeralda Ramirez. Sentence With PSR is reset to 3/7/2016 08:30 AM in Courtroom 13B before Judge John A. Houston. Defendant shall file an acknowledgment of the next court date by 1/8/16.(no document attached) (lwm) (Entered: 12/23/2015) |
| 12/31/2015 | 42 | Acknowledgment of next court date by defendant Maria Esmeralda Ramirez to appear on 3/7/2016. (Bernstein, Whitney) (jpp). (Entered: 12/31/2015) |
| 02/26/2016 | 51 | NOTICE OF CHANGE OF HEARING as to Defendant Maria Esmeralda Ramirez. Sentence With PSR is reset to 3/28/2016 08:30 AM in Courtroom 13B before Judge John A. Houston. Defendant shall file an acknowledgment of the next court date by 3/4/16.(no document attached) (lwm) (Entered: 02/26/2016) |

| Date | # | Description |
|---|---|---|
| 02/29/2016 | 52 | Acknowledgment of next court date by defendant Maria Esmeralda Ramirez to appear on 3/28/2016. (Bernstein, Whitney) (kcm). (Entered: 02/29/2016) |
| 03/17/2016 | 54 | ADDENDUM TO PRE–SENTENCE REPORT as to Maria Esmeralda Ramirez. Report prepared by: Carlos De La Toba. (Document applicable to USA, Maria Esmeralda Ramirez.) (Castillo–Ramos, M.) (jpp). (Entered: 03/17/2016) |
| 03/21/2016 | 55 | SENTENCING SUMMARY CHART by USA as to Maria Esmeralda Ramirez (Hodes, Jarad) (jpp). (Entered: 03/21/2016) |
| 03/21/2016 | 56 | SENTENCING SUMMARY CHART by Maria Esmeralda Ramirez (Bernstein, Whitney) (jpp). (Entered: 03/21/2016) |
| 03/22/2016 | 57 | SENTENCING MEMORANDUM by Maria Esmeralda Ramirez (Attachments: # 1 Exhibit A–G)(Bernstein, Whitney) (jpp). (Entered: 03/22/2016) |
| 03/25/2016 | 58 | SENTENCING SUMMARY CHART *(Amended)* by USA as to Maria Esmeralda Ramirez (Hodes, Jarad) (jpp). (Entered: 03/25/2016) |
| 03/28/2016 | 59 | Minute Entry for proceedings held before Judge John A. Houston: Sentence With PSR Hearing as to Maria Esmeralda Ramirez continued to 1/9/2017 08:30 AM in Courtroom 13B before Judge John A. Houston. (Interpreter Nelly Sztuden). (Court Reporter/ECR Cami Kircher). (Plaintiff Attorney Timothy F. Salel, AUSA, s/a). (Defendant Attorney Whitney Z. Bernstein, FD). (no document attached) (lwm) (Entered: 03/28/2016) |
| 01/04/2017 | 68 | Supplemental Sentencing Document: by Maria Esmeralda Ramirez (Attachments: # 1 Exhibit A)(Bernstein, Whitney) (jpp). (Entered: 01/04/2017) |
| 01/09/2017 | 69 | Minute Entry for proceedings held before Judge John A. Houston: Sentence With PSR Hearing held on 1/9/2017 for Maria Esmeralda Ramirez (1). Count 1, Defendant is placed on Probation for five years with conditions. No fine. $100.00 penalty assessment. Bond exonerated (Counsel must prepare an order to disburse funds or release collateral). Appeal waived. (Interpreter Juan Davila–Santiago). (Court Reporter/ECR Cami Kircher). (Plaintiff Attorney Jarad E. Hodes, AUSA). (Defendant Attorney Whitney Z. Bernstein, FD). (no document attached) (lwm) (Entered: 01/09/2017) |
| 01/10/2017 | 70 | JUDGMENT as to Maria Esmeralda Ramirez (1), Count(s) 1, Defendant is placed on Probation for five years with conditions. No fine. $100.00 penalty assessment. Signed by Judge John A. Houston. (jpp)(jrd) (Entered: 01/10/2017) |
| 01/11/2017 | 71 | Judgment Returned Executed as to Maria Esmeralda Ramirez on 1/10/2017. (jpp) (Entered: 01/12/2017) |
| 03/23/2017 | 75 | Probation Jurisdiction Transferred to Eastern District of California as to Maria Esmeralda Ramirez. Signed by Judge John A. Houston on 3/13/2017.(jpp) (Entered: 03/23/2017) |
| 03/23/2017 | 76 | NOTICE to Receiving District **(Eastern District of California)** of Criminal Case Transfer, as to Maria Esmeralda Ramirez. The following documents are available on the public docket: 70 Judgment, 20 Information – Felony, 75 Transfer Out/Probationer. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (no document attached) (jpp) (Entered: 03/24/2017) |

FILED
Sep 10 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ jenniferr    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '15 CR2330 JAH |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine; Title 18, U.S.C. Sec. 2 – Aiding and Abetting (Felony) |
| MARIA ESMERALDA RAMIREZ (1), ANGELA CERDA-RODRIGUEZ (2), | |
| Defendants. | |

The United States Attorney charges:

On or about August 16, 2015, within the Southern District of California, defendants MARIA ESMERALDA RAMIREZ and ANGELA CERDA-RODRIGUEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof and Aiding and Abetting; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED: 9/10/15 .

LAURA E. DUFFY
United States Attorney

JARAD E. HODES
Assistant U.S. Attorney

JEHO:lg:San Diego
8/31/15

AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 1

FILED

17 JAN 10 AM 10: 33

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| Maria Esmeralda Ramirez -1 | Case Number: 15-cr-02330-JAH-1 |
| | Whitney Z. Bernstein  Federal Defenders |
| | Defendant's Attorney |

**REGISTRATION NO.** 50655298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) One of the Information.

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 21:952 and 960; 18:2 | Importation of Methamphetamine | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment: $100.00

☒ No fine     ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

January 9, 2017
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

15-cr-02330-JAH-1

AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 2 -- Probation

Judgment—Page 2 of 3

DEFENDANT: Maria Esmeralda Ramirez -1
CASE NUMBER: 15-cr-02330-JAH-1

# PROBATION

The defendant is hereby sentenced to probation for a term of:

Five years.

The defendant shall not commit another federal, state, or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

15-cr-02330-JAH-1

AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 3 — Special Conditions

DEFENDANT: Maria Esmeralda Ramirez -1
CASE NUMBER: **15-cr-02330-JAH-1**

Judgment—Page 3 of 3

## SPECIAL CONDITIONS OF SUPERVISION

[X] Submit person, property, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

[ ] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[X] Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

[X] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[ ] Complete _____ hours of community service in a program approved by the probation officer within

[ ] Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

[ ] Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[ ] Comply with the conditions of the Home Confinement Program for a period of 12 months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device (GPS passive), and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.